No. 1122. URRIZA, PLAINTIFF AND RESPONDENT, *v.* VILLANUA
ET AL., DEFENDANTS AND APPELLANTS.—Appeal from the Dis-
trict Court of San Juan, Section 1, in an action for alimony

and costs. Motion by the appellants for leave to withdraw the appeal. Decided June 5, 1914. Motion sustained. *Messrs. Alvarez Nava & Domínguez* and *Francisco de la Torre* for the respondent. *Messrs. José de Diego* and *Luis Méndez Vaz* for the appellants.